# Exhibit A

EEOC RECEIVED 2022.12.30

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2023-02508 |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Flint Lee | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | (employment@sulaimanlaw.com) |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Power Stop, LLC | 15+ | (708) 325-1100 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 6112 W. 73rd Street # 2 | Bedford Park, IL 60638-6115 | HR~powerstop@gmail.com |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/18/2022 Latest: 11/28/2022
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Flint Lee, was hired at Power Stop, LLC as a Forklift Operator on or about January 1, 2013, and worked without issue as a Forklift Operator until 2017. On or about January 1, 2021 I went back to Power Stop, LLC and was hired back as a Forklift Operator. I was constructively discharged from my position due to pretextual reasons regarding my disability. I have a physical impairment that limits major life activities.

The following is a non-exhaustive list of the disability discrimination I was subjected to:

On or about February 18, 2022 I experienced debilitating back pain from a previous work related injury. I was unable to work and requested medical leave from Danielle (last name unknown) in HR. I presented Danielle with all of my medical documentation so I could fill out paper work for FMLA. Danielle in HR did not offer me FMLA or any medical leave options. I continued to ask and she would get back to me.

On or about November 28, 2022 I received a letter from the HR Department at Power Stop, LLC informing me that I was terminated effective July 11, 2022. The letter was dated November 12, 2022. I continued to reach out to HR during this time regarding FMLA and Medical Leave, but no one in HR would ever call me back, and I was never informed regarding my termination prior to the letter I received on November 28, 2022.

Thus, I believe I have been terminated for pretextual reasons and discriminated against on the basis of my disability in violation of the Americans with Disabilities Act (42 U.S.C§12101, et. seq) and the Illinois Human Rights Act (775ILCS 5/).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 12 / 29 / 2022     *Flint Lee* <br> Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Doc ID: 53465bf3eeeefc48a0853daab09565f1ed372e78