AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SERVED**

SUMMONS IN A CIVIL CASE

FLINT LEE

v.

POWER STOP, LLC

CASE NUMBER: 1:23-cv-03211

ASSIGNED JUDGE: Hon. Martha M. Pacold

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

POWER STOP, LLC
C/O REGISTERED AGENT
TAFT SERVICE SOLUTIONS CORP
111 E WACKER DR #2800
CHICAGO, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_London McFarr_ (signature)

(By) DEPUTY CLERK

May 23, 2023

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-03211

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Flint Lee v Power Stop, LLC
was received by me on *(date)* 05/23/2023

☐ I personally served the summons on the individual at *(place)* 111 E. Wacker Drive, #2800, Chicago, IL 60601
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Andrea Horvath, Authorized to accept for R.A. , who is
designated by law to accept service of process on behalf of *(name of organization)* Power Stop, LLC
on *(date)* 05/25/2023 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 05/25/2023

*Server's signature*

John Sanner - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc
5308 Main Street, Suite 5C
Spring Hill, TN 37174
*Server's address*

Additional information regarding attempted service, etc: