**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Lee v. Power Stop, LLC  Case Number: 1:23-cv-03211

An appearance is hereby filed by the undersigned as attorney for:
Power Stop, LLC

Attorney name (type or print): Heather A. Jackson

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Dr., Ste. 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6243164  Telephone Number: 312-527-4000
(See item 3 in instructions)

Email Address: hjackson@taftlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/14/2023

Attorney signature: S/ Heather A. Jackson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015