IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLINT LEE, ) | |
| ) | Case No. 1:23-cv-03211 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Martha M. Pacold |
| ) | |
| POWER STOP, LLC, ) | Magistrate Judge Sheila M. Finnegan |
| ) | |
| Defendant. ) | |
| ) | JURY TRIAL DEMANDED |

## JOINT INITIAL STATUS REPORT

Plaintiff, Flint Lee ("Plaintiff"), and Defendant, Power Stop, LLC ("Defendant"), by and through their undersigned attorneys, hereby submit the following joint initial status report pursuant to this Court's order dated May 26, 2023 [Dkt. No. 5]:

1. **Nature of the Case**
    a. Attorneys of record:

| | |
|---|---|
| **Franklin Jara, Esq.** <br> **Nathan C. Volheim, Esq.** (Lead) <br> Sulaiman Law Group, Ltd. <br> 2500 South Highland Avenue, Suite 200 <br> Lombard, Illinois 60148 <br> (331) 272-8010 <br> fjara@sulaimanlaw.com <br> nvolheim@sulaimanlaw.com <br> *Counsel for Plaintiff* | **Heather A. Jackson, Esq.** (Lead) <br> **Benjamin S. Morrell, Esq.** <br> Taft Stettinius & Hollister LLP <br> 111 E. Wacker Dr., Ste. 2600 <br> Chicago, IL 60601 <br> (312) 527-4000 <br> hjackson@taftlaw.com <br> bmorrell@taftlaw.com <br> *Counsel for Defendant* |

   b. Nature of the claims:

   This lawsuit arises under the Americans with Disabilities Act of 1990, as amended, ("ADA") seeking redress for Defendant's alleged hostile work environment under the ADA, and also allegedly terminating Plaintiff's employment because of his disability and in retaliation for his attempting to assert his rights under the ADA when Plaintiff allegedly reported harassment and discrimination on the basis of his disability. This action also arises out of

Plaintiff's employment relationship with Defendant, including its alleged interference of FMLA leave in violation of the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* ("FMLA").

c. Major legal and factual issues:

 i. Whether Plaintiff has a disability as that term is defined under the ADA;

 ii. Whether Plaintiff was qualified to perform the essential functions of the position with or without reasonable accommodation;

 iii. Whether Plaintiff suffered an adverse employment action;

 iv. Whether Defendant treated similarly situated employees outside of Plaintiff's protected class more favorably;

 v. Whether Plaintiff was entitled to FMLA covered leave;

 vi. Whether Plaintiff gave proper notice of his need for leave to Defendant;

 vii. Whether Defendant took adverse action against Plaintiff which interfered with Plaintiff's ability to take leave;

 viii. Whether Plaintiff returned paperwork required for FMLA leave; and

 ix. Whether Defendant's adverse action against Plaintiff was related to Plaintiff's attempt to take leave.

d. Relief sought

Plaintiff seeks the following relief:

 i. Enter judgment in Plaintiff's favor and against Defendant for interfering with Plaintiff's rights under the FMLA;

 ii. Back pay with interest;

 iii. Payment of interest on all back pay recoverable;

 iv. Front pay;

     v.     Loss of benefits;

     vi.     Compensatory and punitive damages;

     vii.     Reasonable attorneys' fees and costs;

     viii.     Award pre-judgment interest if applicable; and

     ix.     Award Plaintiff any further relief pursuant to the FMLA;

     x.     Award Plaintiff any and all other such relief as the Court deems just and proper.

Defendant seeks the following relief: Dismissal of Plaintiff's complaint for the reasons discussed in its pending motion to dismiss. (D.E. 8.)

2. **Jurisdiction.**

    a. Federal statutes on which federal question jurisdiction is based:

    Plaintiff asserts that the Court has subject matter jurisdiction over the following claims under 28 U.S.C. §1331, 28 U.S.C. §1343(3) and (4) and 28 U.S.C. §2617:

        Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq*.

        Americans with Disabilities Act of 1990, 29 U.S.C. § 621, *et seq*.

        Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*.

3. **Status of Service:** Defendant has been served.

4. **Consent to Proceed Before a United States Magistrate Judge:**

    a. Counsel has informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment. The parties have not unanimously consented to proceeding before the assigned Magistrate Judge.

5. **Motions:**

a. Pending motions: On June 15, 2023, Defendant filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. 8.) Therein, Defendant argues that Plaintiff has failed to plead facts that plausibly allege all of the elements of each of his asserted claims. Plaintiff's response is currently due on July 14, 2023, and Defendant's reply is due on August 4. (D.E. 9.)

6. **Status of Settlement Discussions:**

   a. Settlement discussions began when Plaintiff made his initial demand on May 25, 2023.

   b. Defendant has not yet responded to Plaintiff's initial demand as of the date of this filing.

   c. The parties do not request a settlement conference at this time.

Respectfully submitted,

| | |
|---|---|
| */s/Franklin Jara, Esq.* | */s/Heather A. Jackson, Esq.* **(with consent)** |
| **Franklin Jara, Esq.** | **Heather A. Jackson, Esq.** |
| **Nathan C. Volheim, Esq.** | **Benjamin S. Morrell, Esq.** |
| Sulaiman Law Group, Ltd. | Taft Stettinius & Hollister LLP |
| 2500 South Highland Avenue, Suite 200 | 111 E. Wacker Dr., Ste. 2600 |
| Lombard, Illinois 60148 | Chicago, IL 60601 |
| (331) 272-8010 | (312) 527-4000 |
| fjara@sulaimanlaw.com | hjackson@taftlaw.com |
| nvolheim@sulaimanlaw.com | bmorrell@taftlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2023, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

**Heather A. Jackson, Esq.**

**Benjamin S. Morrell, Esq.**
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
(312) 527-4000
hjackson@taftlaw.com
bmorrell@taftlaw.com
*Counsel for Defendant*

                                                      */s/Franklin Jara, Esq.*
                                                      **Franklin Jara, Esq.**