# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FLINT LEE,<br><br>    Plaintiff,<br><br>v.<br><br>POWER STOP, LLC,<br><br>    Defendant. | Case No. 23-cv-03211<br><br>District Judge Pacold<br><br>Magistrate Judge Finnegan |

### RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Defendant Power Stop, LLC ("Power Stop"), by and through undersigned counsel, files this response to note that it has no objection to Plaintiff Flint Lee's motion for leave to file a first amended complaint. (*See* D.E. 13.) As noted in Plaintiff's motion, "Plaintiff's counsel reached out late on July 14th before this motion was due," and the motion was styled as opposed simply because of the late notice. (*Id.* at 2.) That is, Defendant's counsel was not able to review the motion and exhibit and respond to Plaintiff's counsel before the motion was filed.

Dated: June 20, 2023

Respectfully Submitted,

POWER STOP, LLC

    */s/ Benjamin S. Morrell*
By:    One of Its Attorneys

Heather A. Jackson (ARDC No. 6243164)
hjackson@taftlaw.com
Benjamin S. Morrell (ARDC No. 6341896)
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
Firm I.D. No. 29143

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLINT LEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>POWER STOP, LLC,<br><br>　　　　Defendant. | Case No. 23-cv-03211<br><br>District Judge Pacold<br><br>Magistrate Judge Finnegan |

## **CERTIFICATE OF SERVICE**

　　　　I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

　　　　Date: June 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　　s/   *Benjamin S. Morrell*
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin S. Morrell
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

2