# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Flint Lee

                Plaintiff,

v.                                         Case No.: 1:23−cv−03211
                                             Honorable Martha M. Pacold

Power Stop, LLC.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2023:

        MINUTE entry before the Honorable Sheila M. Finnegan: This case has been referred for discovery supervision and a settlement conference if requested. By 8/22/2023, the parties are to confer and file a joint status report (JSR) with a proposed discovery plan and schedule, including proposed dates for (a) Rule 26(a)(1) disclosures; (b) issuance of initial written discovery; (c) issuance of non−party subpoenas, if any; (d) completion of all fact discovery; (e) expert disclosures and depositions; (f) filing amended pleadings; and (g) filing dispositive motions. The JSR should also describe the subjects on which discovery is necessary, the approximate number of depositions that will be taken, and whether a HIPAA authorization and/or HIPAA order will be sought to obtain medical records. Telephone status hearing and scheduling conference is set for 9/5/2023 at 10:15 a.m. The toll−free number for the hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.