# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FLINT LEE, <br><br> Plaintiff, <br><br> v. <br><br> POWER STOP, LLC, <br><br> Defendant. | Case No: 1:23-cv-03211 <br><br> District Judge Pacold <br><br> Magistrate Judge Finnegan |

## **NOTIFICATION OF AFFILIATES**

Defendant Power Stop, LLC, by and through undersigned counsel, files this Notification of Affiliates pursuant to Local Rule 3.2. The following entities or individuals own, directly or indirectly (through ownership of one or more other entities), 5% or more of Power Stop, LLC:

- Arvin Scott, a natural person;
- TSG Consumer Partners, LP; and
- Sterling Investment Partners, L.P.

Dated: September 18, 2023

Respectfully Submitted,

POWER STOP, LLC

        */s/ Benjamin S. Morrell*
By:    One of Its Attorneys

Heather A. Jackson
hjackson@taftlaw.com
Benjamin Morrell
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000
Firm I.D. No. 29143

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLINT LEE,<br><br>  Plaintiff,<br><br>v.<br><br>POWER STOP, LLC,<br><br>  Defendant. | Case No: 1:23-cv-03211<br><br>District Judge Pacold<br><br>Magistrate Judge Finnegan |

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

  Date: September 18, 2023

                */s/ Benjamin S. Morrell*
                Counsel for Defendant