UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLINT LEE,<br><br>      Plaintiff,<br><br>v.<br><br>POWER STOP, LLC,<br><br>      Defendant. | Case No: 1:23-cv-03211<br><br>District Judge Pacold<br><br>Magistrate Judge Finnegan |

### JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND QUALIFIED PROTECTIVE ORDER

      The Parties, by and through their respective undersigned counsel, jointly move for the entry of an Agreed Confidentiality and Qualified Protective Order, pursuant to Federal Rule of Civil Procedure 26(c) and 45 C.F.R. § 164.512(e)(1). In support of this motion, the Parties state as follows:

      1.     The Parties have agreed to a proposed Confidentiality and Qualified Protective Order that is based on the Model Confidentiality Order contained in the Local Rules (Form LR26.2).[1] All proposed changes to the language from the model order have been made in redline in accordance with the Court's standing order regarding protective orders.[2]

      2.     Section 18 of the proposed Agreed Confidentiality and Qualified Protective Order concerns the Parties' obligations with respect to "personal health information" as that term is defined by relevant HIPAA regulations. Except for minor, non-substantive edits, Section 18's language matches the language of the model Qualified Protective Order found on the Court's

---

[1] *See* https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_online/26.2%20FORM.pdf.
[2] *See* https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=644.

website.[3]

3. Further, the Parties have added the language in subsection (j) of Section 18, which provides: "To the extent any part of this Section 18 conflicts with any previous section of this Order, this Section 18 shall control the Parties' obligations regarding protected health information."

4. The Parties will separately submit the redlined copy and a clean copy of the proposed Agreed Confidentiality and Qualified Protective Order in Word format to the Court's Proposed Order electronic mailbox (Proposed_Order_Finnegan@ilnd.uscourts.gov).

For the reasons discussed above, the Parties respectfully request that the Court enter the proposed Agreed Confidentiality and Qualified Protective Order.

Date: September 20, 2023

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| FLINT LEE | POWER STOP, LLC |
| /s/ *Chad W. Eisenback* | /s/ *Heather A. Jackson* |
| Nathan C. Volheim | Heather A. Jackson |
| Chad W. Eisenback | Benjamin Morrell |
| SULAIMAN LAW GROUP LTD. | TAFT STETTINIUS & HOLLISTER LLP |
| 2500 S. Highland Avenue, Suite 200 | 111 E. Wacker Drive, Suite 2600 |
| Lombard, IL 60148 | Chicago, IL 60601 |
| nvolheim@sulaimanlaw.com | 312-527-4000 |
| ceisenback@sulaimanlaw.com | hjackson@taftlaw.com |
| | bmorrell@taftlaw.com |
| Attorneys for Plaintiff Flint Lee | Firm I.D. No. 29143 |
| | *Counsel for Defendant* |

---

[3] *See* https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/Schenkier/Qualified%20Protective%20Order%20(HIPAA).pdf.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLINT LEE,<br><br>　　　Plaintiff,<br><br>v.<br><br>POWER STOP, LLC,<br><br>　　　Defendant. | Case No: 1:23-cv-03211<br><br>District Judge Pacold<br><br>Magistrate Judge Finnegan |

**CERTIFICATE OF SERVICE**

　　I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

　　Date: September 20, 2023

*/s/ Benjamin S. Morrell*
Counsel for Defendant

3