**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Flint Lee
                Plaintiff,

v.                                               Case No.: 1:23−cv−03211
                                                    Honorable Martha M. Pacold

Power Stop, LLC.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan: Joint Motion to Extend the Discovery Deadline [37] is granted. Fact discovery to be completed by 4/17/2024. The parties are to send an email by 1/31/2024 (to chambers_finnegan@ilnd.uscourts.gov) confirming that the Plaintiff has executed and sent to Defendant (or the medical provider) the new HIPAA authorization form that the provider required before responding to a subpoena for records. Telephone status set on 2/20/2024 is cancelled and reset to 4/23/2024 at 9:15 a.m. The toll−free number for the hearing is 877−336−1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.